**In the Interest of T.L.H., Appellant.**

**No. WD 45994.**

Missouri Court of Appeals,
Western District.

Dec. 1, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 22, 1992.

Application to Transfer Denied
March 23, 1993.

Laura Higgins Tyler, Kansas City, for appellant.

Catherine S. Dorothy, Kansas City, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and HANNA, JJ.

### ORDER

PER CURIAM:

A fourteen year old appeals a decree of the juvenile division of the court finding that the juvenile is within the jurisdiction of the Juvenile Court pursuant to § 211.-031.1(3), RSMo 1986 and committing the juvenile to the custody of the Juvenile Officer for placement.

Judgment affirmed. Rule 84.16(b).